IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

vs.

Matthew Derrick Guthrie,
Defendant.

Case No. 19-mj-128

CONSENT TO PROCEED BY
VIDEO TELECONFERENCING

I understand that I have the right to be personally present in the same courtroom as the judge conducting an initial appearance or arraignment and that I am free to request the hearing be conducted with the judge present in the same courtroom. I consent to video teleconferencing being used to conduct an initial appearance pursuant to Federal Rule of Criminal Procedure 5 and an arraignment pursuant to Federal Rule of Criminal Procedure 10.

Date: 4.17.19

_____
Defendant's signature

_____
Defendant's Attorney