AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) |
| v. | ) |
| | ) Case No. 19-mj-128 |
| MATTHEW DERRICK GUTHRIE | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MATTHEW DERRICK GUTHRIE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to distribute controlled substances in violation of 21 USC 841(a)(1) and 846

Date: April 16, 2019

*Issuing officer's signature*

City and state: Sioux City, Iowa

Kelly K.E. Mahoney, U.S. Chief Magistrate Judge
*Printed name and title*

### Return

**Suspect arrested by ONE Agency Name on 4/15/2019 in the Northern District of Iowa**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

**USMS Signature**

*Printed name and title*

Case 1:19-mj-00128-KEM   Document 17   Filed 04/19/19   Page 1 of 1